[No. 28137-2-I.   Division One.   July 13, 1992.]

DALE E. DRAKE & COMPANY, INC., ET AL, *Appellants*, v. JOHN M. FLUKE, JR., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 88-2-05997-7, Robert D. Austin, J., entered

March 15, 1991. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Scholfield and Forrest, JJ.